# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pension Fund of Cement Masons' Union Local
Union No. 502, et al.

                        Plaintiff,

v.
                               Case No.: 1:20–cv–06740

                               Honorable Franklin U.
                               Valderrama

Hooks AV, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 17, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed the entered and continued Motion for Default Judgment [9]. The Court grants the motion in part and denies the motion in part. The motion is granted as against defendant Hooks AV, LLC d/b/a Hooks Concrete and Construction. Judgment amount of $21,005.95 is awarded in favor of Plaintiffs against defendant Hooks AV, LLC d/b/a Hooks Concrete and Construction. The motion is denied without prejudice as against defendant Sherman L. Neal, because the Affidavit of Attorney fails to reflect what actions the attorney took to determine that Mr. Neal is not in the military, fails to confirm that the attorney searched for Mr. Neal through the Servicemembers Civil Relief Act website, and fails to confirm that Mr. Neal is indeed not in the military. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.