

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: PENSION FUND OFFICE MGMT Matsons Union Local 502 vs Hooks Av LLC and Sherman Neal

Case Number: 20-CV-6740

FILED
MAY 20 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: SHERMAN NEAL

Street Address: 1744 Pennyroyal Circle

City/State/Zip: Naperville, IL 60564

Phone Number: 630 803 1427

Signature: [signed]

Executed on (date): 5/20/2021

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

E-Mail Address: sherman.neal27@gmail.com

Rev. 06/23/2016